## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **TYROME WILLIAM LOTT, SR,** ) | |
| ) | Case No. **3:14CV45** |
| Plaintiff, ) | |
| **v.** ) | |
| ) | |
| **MCH TRANSPORTATION CO., et al.,** ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S PROPOSED VOIR DIRE

As a preliminary matter, Plaintiff has no objections to the proposed voir dire questions that Defendants previously submitted. Assuming those questions will be asked by the Court, the Plaintiff proposes the following additional voir dire questions to be asked of the jury panel:

1. Has anyone read or heard anything about the case?

2. Are there any health considerations, such as hearing impairment, anxiety disorder, or back problems, that might affect the panelist's ability to render satisfactory jury service?

3. Has any panelist ever been a witness in a civil or criminal case? What type of case? What was the nature of the testimony? Was it a satisfactory experience? Is there anything about the experience that would affect the panelist's ability to serve?

4. Has any panelist been a party to a civil or criminal lawsuit? Was he or she the plaintiff or the defendant? Did the jury reach a verdict? What was the verdict?

5. Have any of the panelists been involved in a dispute similar to this case? Is there anything about the experience that would affect the panelist's ability to serve?

6. Do any of the panelists have a close family member or personal friend who has been in a dispute similar to this case? Is there anything about the experience that would affect the panelist's ability to serve?

7. Does anyone believe that there are too many lawsuit filed?

1

8. Does anyone believe that motorcycles are dangerous and people who ride them should suffer the consequences?

**TYROME WILLIAM LOTT SR.,**

By: _/s/ Joseph S. Massie, III_
Joseph S. Massie, III, Esq. (Bar No. 35472)
MASSIE LAW FIRM, PC
102 E. Cary St
Richmond, Virginia 23219
804-644-4878

Joseph S. Massie, III
VSB# 35472
Massie Law Firm, PC
102 E. Cary Street
Richmond Virginia 23219
Phone: (804) 644-4878
Fax: (804) 644-4874
Email: jmassie@massielawfirm.com

Michael J. Massie,
VSB# 43205
Massie Law Group
4406 West Norfolk Road, Suite D
Portsmouth, Virginia 23703
Phone: (804) 288-1661
Fax: (804) 282-1766
Email: massielawgroup.com
_Counsel for Plaintiff_

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of November, 2014, I will electronically file the foregoing with

the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to

the following:

James A. Cales III, Esquire
Virginia State Bar No.41317
Counsel for Defendants
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, VA 23218-1122
Telephone: (757) 461-7100
Facsimile No.: (757) 461-0083

By: /s/ Joseph S. Massie, III
Joseph S. Massie, III, Esq. (Bar No. 35472)
MASSIE LAW FIRM, PC
102 E. Cary St
Richmond, Virginia 23219
804-644-4878