IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **TYROME WILLIAM LOTT, SR,** ) | |
| ) | Case No. **3:14CV45** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MCH TRANSPORTATION CO., et al., ) | |
| ) | |
| Defendants. ) | |

## STATEMENT OF UNDISPUTED FACTS

The Plaintiff and Defendant agree that the medical bills in this case total $153,380.01.

**TYROME WILLIAM LOTT SR.,**

By: /s/ Joseph S. Massie, III
Joseph S. Massie, III, Esq. (Bar No. 35472)
MASSIE LAW FIRM, PC
102 E. Cary St
Richmond, Virginia 23219
804-644-4878

Joseph S. Massie, III
VSB# 35472
Massie Law Firm, PC
102 E. Cary Street
Richmond Virginia 23219
Phone: (804) 644-4878
Fax: (804) 644-4874
Email: jmassie@massielawfirm.com

Michael J. Massie,
VSB# 43205
Massie Law Group
4406 West Norfolk Road, Suite D
Portsmouth, Virginia 23703
Phone: (804) 288-1661
Fax: (804) 282-1766
Email: massielawgroup.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of November, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James A. Cales III, Esquire
Virginia State Bar No.41317
Counsel for Defendants
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, VA 23218-1122
Telephone: (757) 461-7100
Facsimile No.: (757) 461-0083

By: /s/ Joseph S. Massie, III
Joseph S. Massie, III, Esq. (Bar No. 35472)
MASSIE LAW FIRM, PC
102 E. Cary St
Richmond, Virginia 23219
804-644-4878